IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ETHAN RAPP, individually and derivatively, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 1:08-cv-00069-JJF |
| REX BRIGGS, individually, and MARKETING EVOLUTION, LLC, nominally, and MARKETING EVOLUTION, INC., nominally, | § § § § § § | |
| Defendants. | § | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 28, 2008, Plaintiff Ethan Rapp served PLAINTIFF'S INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS REX BRIGGS, MARKETING EVOLUTION, LLC AND MARKETING EVOLUTION, INC. upon the counsel listed below, by hand delivery and/or First Class Mail:

**VIA HAND DELIVERY**
Donald J. Wolfe, Jr.
Porter Anderson & Corroon, LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801

**VIA HAND DELIVERY**
Brian C. Ralston
Porter Anderson & Corroon, LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801

**VIA FIRST CLASS MAIL**
Rick L. Shackelford
555 S. Flower Street, Fiftieth Floor
Los Angeles, CA 90071-2300

125281.00601/90085663v.1

**BLANK ROME LLP**

_/s/ Thomas P. Preston_
Thomas P. Preston (I.D. No. 2548)
1201 N. Market Street
Suite 800
Wilmington, DE 19801
(302) 425-6400
Preston-t@blankrome.com

125281.00601/90085663v.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of March, 2008, I caused a copy of the attached NOTICE OF SERVICE to be served in the manners indicated upon the following:

**VIA HAND DELIVERY**
Donald J. Wolfe, Jr.
Porter Anderson & Corroon, LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801

**VIA HAND DELIVERY**
Brian C. Ralston
Porter Anderson & Corroon, LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801

**VIA FIRST CLASS MAIL**
Rick L. Shackelford
555 S. Flower Street, Fiftieth Floor
Los Angeles, CA 90071-2300


By: _____/s/ Thomas P. Preston_____
     Thomas P. Preston (DE # 2548)

125281.00601/90085663v.1